W. J. MOON v. STATE.
No. A-1156.   Opinion Filed September 14, 1912.
Appeal from District Court, Bryan County;
Summers Hardy, Judge.

W. J. Moon was convicted of adultery and appeals. Appeal dismissed.

Chas. E. McPherren and Chas. P. Abbott, for plaintiff in error.

PER CURIAM:   The plaintiff in error was convicted of the crime of adultery and was sentenced to pay a fine of two hundred and fifty dollars. The judgment and sentence was entered on February 4, 1911. From this judgment the defendant appealed. The plaintiff in error's attorney of record has filed a motion to dismiss said appeal. The appeal is therefore dismissed and the cause remanded to the district court of Bryan county with direction to enforce the judgment therein.

---

PRESS ROBERTS et al. v. STATE.
No. A-1741.   Opinion Filed September 14, 1912.
Appeal from District Court, Love County;
S. H. Russell, Judge.

Press Roberts and Martin Cavins were convicted of aggravated assault, and appeal. Appeal dismissed.

Brown and Brown, for plaintiffs in error.

PER CURIAM:   Press Roberts and Martin Cavins were convicted of aggravated assault, on an information wherein they were charged with a felonious assault. The judgment and sentence was entered on November 29, 1910. From which judgment the defendants appealed. On September 10th, by their counsel of record, plaintiffs in error filed a motion dismissing their said appeal. The appeal is therefore dismissed, and the cause remanded to the district court of Love county with direction to enforce its judgment therein.